# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF  PUERTO RICO
### HATO REY (SAN JUAN)   DIVISION

In re:                                    §
                                          §
Club De Empleados Telefonicos Inc         §        Case No. 14-01071
                                          §
          Debtor                          §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

NOREEN WISCOVITCH-RENTAS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 124,271.32              Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants:  1,202,884.59      Claims Discharged
                                                     Without Payment:  NA

Total Expenses of Administration:  170,123.08

3) Total gross receipts of $ 1,373,007.67  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 1,373,007.67  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,367,718.04 | $ 1,185,924.82 | $ 1,038,444.08 | $ 1,038,444.08 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 156,734.43 | 156,734.43 | 156,734.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 18,764.29 | 17,588.65 | 13,388.65 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 89,476.82 | 38,082.50 | 38,082.50 | 38,082.50 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 198,805.63 | 1,094,808.42 | 503,988.82 | 126,358.01 |
| **TOTAL DISBURSEMENTS** | $ 1,656,000.49 | $ 2,494,314.46 | $ 1,754,838.48 | $ 1,373,007.67 |

4)  This case was originally filed under chapter 11 on  02/14/2014 , and it was converted to chapter 7 on  09/16/2015  .  The case was pending for 28 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/16/2018                          By:/s/NOREEN WISCOVITCH-RENTAS
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Commercial Property | 1110-000 | 1,365,000.00 |
| FINANCIAL ACCOUNT | 1221-000 | 5,040.28 |
| FINANCIAL ACCOUNT | 1229-000 | 182.18 |
| FINANCIAL ACCOUNT | 1229-000 | 12.83 |
| FINANCIAL ACCOUNT | 1229-000 | 2,494.47 |
| Post-Petition Interest Deposits | 1270-000 | 277.91 |
| **TOTAL GROSS RECEIPTS** | | **$1,373,007.67** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | Mayda Roldan Almeda d/b/a Loff Services | 4110-000 | 220,000.00 | 30,000.00 | 30,000.00 | 30,000.00 |
| 4 | Triangle Cayman Asset Company | 4110-000 | 1,106,157.02 | 1,122,531.02 | 1,000,000.00 | 1,000,000.00 |
| 10(A) | Crim | 4700-000 | 40,728.40 | 32,595.83 | 7,441.87 | 7,441.87 |
| 7(A) | DEPARTMENT OF TREASURY | 4700-000 | 832.62 | 797.97 | 1,002.21 | 1,002.21 |
| **TOTAL SECURED CLAIMS** | | | **$ 1,367,718.04** | **$ 1,185,924.82** | **$ 1,038,444.08** | **$ 1,038,444.08** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NOREEN WISCOVITCH-RENTAS | 2100-000 | NA | 64,440.23 | 64,440.23 | 64,440.23 |
| NOREEN WISCOVITCH-RENTAS | 2200-000 | NA | 491.49 | 491.49 | 491.49 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 802.04 | 802.04 | 802.04 |
| CLERK OF THE COURT | 2700-000 | NA | 702.00 | 702.00 | 702.00 |
| UNITED STATES TRUSTEE | 2950-000 | NA | 628.17 | 628.17 | 628.17 |
| NOEMI LANDRAU-RIVERA | 3210-000 | NA | 5,950.00 | 5,950.00 | 5,950.00 |
| Vilarino & Assoc.,LLC | 3210-000 | NA | 13,000.00 | 13,000.00 | 13,000.00 |
| NOEMI LANDRAU-RIVERA | 3220-000 | NA | 164.60 | 164.60 | 164.60 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Vilarino & Assoc.,LLC | 3220-000 | NA | 1,625.60 | 1,625.60 | 1,625.60 |
| TAMAREZ CPA, LLC | 3410-000 | NA | 3,716.50 | 3,716.50 | 3,716.50 |
| TAMAREZ CPA, LLC | 3420-000 | NA | 213.80 | 213.80 | 213.80 |
| CENTRO CASAS SUBASTAS | 3510-000 | NA | 65,000.00 | 65,000.00 | 65,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 156,734.43 | $ 156,734.43 | $ 156,734.43 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALMEIDA & DAVILA, PSC | 6210-000 | NA | 9,156.29 | 9,156.29 | 9,156.29 |
| TAMAREZ CPA, LLC | 6410-000 | NA | 4,200.00 | 4,200.00 | 0.00 |
| Tamarez, CPA, LLC | 6410-000 | NA | 4,200.00 | 4,200.00 | 4,200.00 |
| Tamarez, CPA, LLC | 6420-000 | NA | 32.36 | 32.36 | 32.36 |
| STATE INSURANCE FUND CORPORATION | 6820-000 | NA | 1,175.64 | 0.00 | 0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 18,764.29 | $ 17,588.65 | $ 13,388.65 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CRIM BANKRUPTCY DEPT PO BOX 195387 SAN JUAN, PR 00919-5387 | | 0.00 | NA | NA | 0.00 |
| | DEPARTMENT OF LABOR BANKRUPTCY DEPT PO BOX 191020 SAN JUAN, PR 00919-1020 | | 3,600.00 | NA | NA | 0.00 |
| | PR TREASURY DEPARTMENT BANKRUPTCY SECTION (SUITE 1504) 235 AVE ARTERIAL HOSTOS SAN JUAN, PR 00918 | | 1,465.50 | NA | NA | 0.00 |
| 19 | ALEJANDRO GONZALEZ RODRIGUEZ | 5600-000 | NA | 500.00 | 500.00 | 500.00 |
| 20 | SHARIMAR MENDEZ/YORIMARA SANTOS | 5600-000 | NA | 800.00 | 800.00 | 800.00 |
| 17 | VERONICA RIVERA | 5600-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| 7(B) | DEPARTMENT OF TREASURY | 5800-000 | 5,366.74 | 14,841.87 | 14,841.87 | 14,841.87 |
| 1-6(A) | INTERNAL REVENUE SERVICE | 5800-000 | 73,986.56 | 13,324.66 | 13,324.66 | 13,324.66 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3-3 | STATE INSURANCE FUND CORPORATION | 5800-000 | NA | 2,427.39 | 2,427.39 | 2,427.39 |
| 8(A) | PUERTO RICO DEPARTMENT OF LABOR | 5800-001 | 4,616.80 | 4,705.27 | 4,705.27 | 4,705.27 |
| 9(A) | PUERTO RICO DEPARTMENT OF LABOR | 5800-001 | 441.22 | 483.31 | 483.31 | 483.31 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$ 89,476.82** | **$ 38,082.50** | **$ 38,082.50** | **$ 38,082.50** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AEE BANKRUPTCY DEPT PO BOX 363508 SAN JUAN, PR 00936-3508 | | 42,209.26 | NA | NA | 0.00 |
| | FONDO DE SEGURO DEL ESTADO BANKRUPTCY DEPT PO BOX 70181 SAN JUAN, PR 00936 | | 2,000.00 | NA | NA | 0.00 |
| 2 | AAA | 7100-000 | 1,349.84 | 4,802.17 | 4,802.17 | 1,287.69 |
| 15-2 | Carlos J. Zayas Perez | 7100-000 | NA | 74,850.00 | 74,850.00 | 20,070.82 |
| 16 | Carlos J. Zayas Perez | 7100-000 | NA | 58,200.00 | 58,200.00 | 15,606.17 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10(B) | Crim | 7100-000 | NA | 19,014.48 | 19,014.48 | 5,098.68 |
| 7(D) | DEPARTMENT OF TREASURY | 7100-000 | NA | 5,247.28 | 5,247.28 | 1,407.04 |
| 6-2 | INTERNAL REVENUE SERVICE | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 8(B) | PUERTO RICO DEPARTMENT OF LABOR | 7100-000 | NA | 473.12 | 473.12 | 126.87 |
| 9(B) | PUERTO RICO DEPARTMENT OF LABOR | 7100-000 | NA | 206.32 | 206.32 | 55.32 |
| 18 | RAUL VAZQUEZ | 7100-000 | NA | 10,607.89 | 10,607.89 | 2,844.47 |
| 4b | Triangle Cayman Asset Company | 7100-000 | NA | 122,531.02 | 122,531.02 | 32,856.35 |
| 5 | Triangle Cayman Asset Company | 7100-000 | NA | 95,294.06 | 95,294.06 | 25,552.83 |
| 14 | Mayda Roldan Almeda d/b/a Loff Services | 7100-000 | 58,000.00 | 335,410.00 | 79,800.42 | 21,252.19 |
| 14(A) | Mayda Roldan Almeda d/b/a Loff Services | 7100-001 | 58,000.00 | 335,410.00 | 199.58 | 199.58 |
| 10(C) | Crim | 7300-000 | NA | 6,138.65 | 6,138.65 | 0.00 |
| 7(C) | DEPARTMENT OF TREASURY | 7300-000 | 26,755.08 | 13,839.18 | 13,839.18 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-6(B) | INTERNAL REVENUE SERVICE | 7300-000 | 10,491.45 | 12,388.92 | 12,388.92 | 0.00 |
| 8(C) | PUERTO RICO DEPARTMENT OF LABOR | 7300-000 | NA | 364.45 | 364.45 | 0.00 |
| 9(C) | PUERTO RICO DEPARTMENT OF LABOR | 7300-000 | NA | 30.88 | 30.88 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 198,805.63 | $ 1,094,808.42 | $ 503,988.82 | $ 126,358.01 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 14-01071 | MCF | Judge: | Mildred Caban Flores | Trustee Name: | NOREEN WISCOVITCH-RENTAS |
|---|---|---|---|---|---|---|

Case Name: Club De Empleados Telefonicos Inc

Date Filed (f) or Converted (c): 09/16/2015 (c)

341(a) Meeting Date: 10/22/2015

For Period Ending: 01/16/2018

Claims Bar Date: 01/20/2016

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  FINANCIAL ACCOUNT (u)<br><br>In Debtors possecion closed bank account BPPR 050-407406. | 0.00 | 182.18 | | 182.18 | FA |
| 2.  FINANCIAL ACCOUNT (u)<br><br>In Debtors possecion closed bank account BPPR 050-407422. | 0.00 | 12.83 | | 12.83 | FA |
| 3.  FINANCIAL ACCOUNT (u)<br><br>In Debtors possecion closed bank account BPPR 050-407414. | 0.00 | 2,494.47 | | 2,494.47 | FA |
| 4.  Commercial Property<br><br>100 % INTEREST IN COMMERCIAL PROPERTY WITH LOT OF LAND OF 16.8925 CUERDAS LOCATED AT RIO DE GUAYNABO WARD, LA MUDA SECTOR, CARR 8834 KM 0.1 GUAYNABO, PUERTO RICO.<br>PROPERTY NO. 35,161 AT THE PUBLIC REGISTRY OF GUAYNABO, PAGE 199, VOLUME 1483. PROPERTY IS COMPOSED OF THE AGGRUPATION OF PROPERTY: 3,422 AT PAGE 228 OF VOLUME 76; PROPERTY 12,731 AT PAGE 202 VOLUME 184; PROPERTY 14,144 AT PAGE 241 VOLUME 221. | 2,300,000.00 | 932,281.96 | | 1,365,000.00 | FA |
| 5.  PETTY CASH<br><br>None at premises. | 0.00 | 0.00 | | 0.00 | FA |
| 6.  CHECKING ACCOUNT NO. XXXXXXXX-0730<br><br>CHECKING ACCOUNT NO. XXXXXXXX-0730 HELD AT ORIENTAL BANK<br><br>this account did not exist atthe time of conversion. | 336.32 | 336.32 | | 0.00 | FA |
| 7.  SECURITY DEPOSITS<br><br>No value to the Estate.  None at time of conversion. | 11,785.00 | 11,785.00 | | 0.00 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 14-01071 | MCF | Judge: | Mildred Caban Flores | Trustee Name: | NOREEN WISCOVITCH-RENTAS |
|---|---|---|---|---|---|---|

Case Name: Club De Empleados Telefonicos Inc

Date Filed (f) or Converted (c): 09/16/2015 (c)

341(a) Meeting Date: 10/22/2015

For Period Ending: 01/16/2018

Claims Bar Date: 01/20/2016

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 8. OFFICE EQUIPMENT<br><br>OFFICE EQUIPMENT<br>ONE COMPUTER ($1,000.00); ONE PHOTOCOPIER ($300.00); SIXTEEN AIR CONDITIONER CONSOLES ($60,600.00)<br><br>None at time of conversion.  These were vandalized. | 61,900.00 | 61,900.00 | | 0.00 | FA |
| 9. Furniture, Fixtures and computers, See attachment B<br><br>FURNITURE<br>THREE OFFICE DESKS ($2,400.00); ONE CONFERENCE TABLE ($1,000.00); THREE EXECUTIVE CHAIRS ($450.00); FOUR SECRETARY CHAIRS ($300.00); NINE OFFICE CHAIRS ($900.00); FOUR FILE CABINETS ($2,000.00); ONE RECEPTION DESK ($3,500.00); FOUR HUNDRED STACKING CHAIRS ($4,500.00); THIRTY FIVE (35) TABLES ($3,500.00); ONE PLATFORM ($1,300.00)<br>None at time of conversion.  These belonged to Loff and not the Debtor. | 20,150.00 | 20,150.00 | | 0.00 | FA |
| 10. OFFICE SUPPLIES<br><br>OFFICE SUPPLIES<br>MISCELLANEOUS<br><br>None at time of conversion. | 100.00 | 100.00 | | 0.00 | FA |
| 11. ONE ELECTRIC GENERATOR<br><br>This electrical generator appears to be owned by a third party. Trustee investigating.<br><br>Not property of the Estate. | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 12. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 13. FINANCIAL ACCOUNT (u)<br><br>Santander Account No. 3004877364. | 0.00 | 5,040.28 | | 5,040.28 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 14-01071 | MCF | Judge: | Mildred Caban Flores | Trustee Name: | NOREEN WISCOVITCH-RENTAS |
|---|---|---|---|---|---|---|
| Case Name: | Club De Empleados Telefonicos Inc | | | | Date Filed (f) or Converted (c): | 09/16/2015 (c) |
| | | | | | 341(a) Meeting Date: | 10/22/2015 |
| For Period Ending: | 01/16/2018 | | | | Claims Bar Date: | 01/20/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 277.91 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $2,424,271.32 | $1,064,283.04 | | $1,373,007.67 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TDR submitted to UST.  - Noreen Wiscovitch 12/16/2017
Unclaimed funds consigned with the court. - Noreen Wiscovitch 08/28/2017
Supplemental distribution submitted to UST.  - Noreen Wiscovitch 05/24/2017
Checks cut.  - Noreen Wiscovitch 05/02/2017
TFR and NFR submitted to UST.   - Noreen Wiscovitch 03/10/2017
Check issued to CRIM has not been cashed.  Trustee made payment per stipulation to Loff Services.  - Noreen Wiscovitch 2/11/2017
Trustee stipulated claims with Loff Services. See Dkt. No. 249.  Trustee to await filing of Capital Gain Tax return.   - Noreen Wiscovitch 12/04/2016
Pending adversary against Loff Services, Inc. for extent of lien.  - Noreen Wiscovitch 10/03/2016
Sale was completed. Trustee to object to Loff's claim and for the court to determine extent of lien.  - Noreen Wiscovitch 6/29/2016
Closing on realty has not taken place as buyer is seeking funding to complete the sales price.  - Noreen Wiscovitch 4/25/2016
Second Notice of Sale filed, first offer was withdrawn.  First Secured creditor will have receive a reduction of its claim.  Trustee to file adversary to determine the priority and
extent of second mortgage. - Noreen Wiscovitch 1/23/2016.
Trustee to investigate Debtor's Financial Affairs.  Notice of Sale of Realty filed by auction - Noreen Wiscovitch 10/4/2015

Initial Projected Date of Final Report (TFR): 12/31/2017          Current Projected Date of Final Report (TFR): 12/31/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-01071

Case Name: Club De Empleados Telefonicos Inc

Taxpayer ID No: XX-XXX3939

For Period Ending: 01/16/2018

Trustee Name: NOREEN WISCOVITCH-RENTAS

Bank Name: BANCO SANTANDER

Account Number/CD#: XXXXXX39

Checking

Blanket Bond (per case limit): $20,264,373.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/28/15 | 3 | Banco Popular PO Box 362708 San Juan PR 00936-2708 | Financial Account Closed bank account BPPR 050-407414. | 1229-000 | $2,494.47 | | $2,494.47 |
| 09/28/15 | 2 | BANCO POPULAR PO BOX 362708 SAN JUAN, PUERTO RICO  00936-2708 | Financial Account Closed bank account BPPR 050-407422. | 1229-000 | $12.83 | | $2,507.30 |
| 09/28/15 | 1 | BANCO POPULAR PO BOX 362708 SAN JUAN, PUERTO RICO  00936-2708 | Financial Account Closed bank account BPPR 050-407406. | 1229-000 | $182.18 | | $2,689.48 |
| 11/04/15 | 101 | CLERK OF THE COURT US POST OFFICE & COURTHOUSE 300 RECINTO SUR SUITE 109 SAN JUAN, PUERTO RICO  00901 | Filing fees on Trustee's Motion to sell free and Clear.  Dkt. No. 158.  Approved Dkt. No. 161. | 2700-000 | | $176.00 | $2,513.48 |
| 01/12/16 | 4 | Golden Chicken/ Jesus Manuel Zayas Hernandez Forest Hill Plaza Ave. Ramon Luis Rivera, Carr 167 Km 21.7 Bayamon, PR  00959 | Sale of Realty Initial deposit for the Purchase of Commercial Realty in Guaynabo. | 1110-000 | $65,000.00 | | $67,513.48 |
| 01/23/16 | 102 | CLERK OF THE COURT US POST OFFICE & COURTHOUSE 300 RECINTO SUR SUITE 109 SAN JUAN, PUERTO RICO  00901 | FILING FEES Second Notice of Sale Free and Clear Approved Dkt. No. 186. | 2700-000 | | $176.00 | $67,337.48 |
| 01/26/16 | 13 | Banco Santander | Closed Bank Account Transfer into account from unscheduled Santander Account. | 1221-000 | $5,040.28 | | $72,377.76 |
| 06/02/16 | 4 | Jesus M Zayas Hernandez | Notice of Sale Second deposit for the Purchase of Commercial Realty in Guaynabo. | 1110-000 | $65,000.00 | | $137,377.76 |
| 06/02/16 | 4 | Jesus Manuel Zayas Hernandez | Notice of Sale Per Notice of Sale of Realty located in Guaynabo. Deposit on 06/01/16. | 1110-000 | $1,215,000.00 | | $1,352,377.76 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Page Subtotals:

$1,352,729.76

$352.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-01071 | Trustee Name: NOREEN WISCOVITCH-RENTAS | |
| Case Name: Club De Empleados Telefonicos Inc | Bank Name: BANCO SANTANDER | |
| | Account Number/CD#: XXXXXX39 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3939 | Blanket Bond (per case limit): $20,264,373.00 | |
| For Period Ending: 01/16/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/02/16 | 4 | Golden Chicken<br>Forest Hills Plaza<br>Ave. Ramon Luis Rivera, Carr. 167 Km. 21.7<br>Bayamon, PR 00959 | Real Property<br>Per Notice of Sale of Realty located in Guaynabo. Deposit on 06/01/16. | 1110-000 | $20,000.00 | | $1,372,377.76 |
| 06/14/16 | 103 | Triangle Cayman Asset Company<br>C/O Capital Crossing Puerto Rico, Llc<br>221 Ponce De Len Ave., Suite 1204<br>Hato Rey, Pr 00918 | Secured Creditor Payment Agreement to pay secured creditor. Per Dkt. No. 184 and 193. This check was issued originally on June 9, 2016 by certified check from Banco Santander. It will appear as a Debit. A cancelled check will not appear. | 4110-000 | | $1,000,000.00 | $372,377.76 |
| 07/22/16 | 104 | Crim<br>Bankruptcy Dept<br>Po Box 195387<br>San Juan, Pr 00919-5387 | Real Estate Taxes<br>Per Notice of Sale and Order. Dkt. Nos. 184 and 183<br>Cataster No. 143-045-617-10-001= $379.15<br>Cataster No. 143-035-086-085-998= $3309.69<br>Cataster No. 143-045-617-61-000= $452.33<br>Cataster No. 143-045-617-62-000=$1967.10<br>Cataster No. 143-045-617-60-000= $1333.60 | 4700-000 | | $7,441.87 | $364,935.89 |
| 07/22/16 | 105 | DEPARTMENT OF TREASURY<br>Bankruptcy Section (424)<br>P.O. Box 9024140<br>San Juan, PR 00902-4140 | Real Estate Taxes<br>Law 7. Cataster No. 143-035-086-85-998 | 4700-000 | | $1,002.21 | $363,933.68 |
| 08/24/16 | 106 | Albert Tamarez-Vasquez, Cpa<br>P.O. BOX 194136<br>SAN JUAN, PR 00919-4136 | Estate's Accountant Fees and Costs<br>Accountant First Application For Compensation Dkt. No. 212. Approved Dkt. No. 222. | 3410-000 | | $2,654.50 | $361,279.18 |
| 08/24/16 | 107 | Albert Tamarez-Vasquez, Cpa<br>P.O. BOX 194136<br>SAN JUAN, PR 00919-4136 | Estate's Accountant Fees and Costs<br>Accountant First Application For Compensation Dkt. No. 212. Approved Dkt. No. 222. | 3420-000 | | $138.38 | $361,140.80 |

Page Subtotals: $20,000.00   $1,011,236.96

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-01071 | Trustee Name: NOREEN WISCOVITCH-RENTAS | |
| Case Name: Club De Empleados Telefonicos Inc | Bank Name: BANCO SANTANDER | |
| | Account Number/CD#: XXXXXX39 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3939 | Blanket Bond (per case limit): $20,264,373.00 | |
| For Period Ending: 01/16/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/29/16 | | Transfer to Acct # xxxxxx3242 | Transfer of Funds | 9999-000 | | $260,000.00 | $101,140.80 |
| 10/02/16 | 108 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST NEW ORLEANS, LA 70139 | Blanket Bond 2016-2017 | 2300-000 | | $802.04 | $100,338.76 |
| 10/04/16 | 109 | CLERK OF THE COURT US POST OFFICE & COURTHOUSE 300 RECINTO SUR SUITE 109 SAN JUAN, PUERTO RICO 00901 | FILING FEES Adversary case 16-00211. 21 (Validity, priority or extent of lien or other interest in property): Complaint by NOREEN WISCOVITCH RENTAS against LOFF SERVICES, INC.,  Application to pay filing fees filed Dkt. No. 228.  Approved Dkt. No. 230. | 2700-000 | | $350.00 | $99,988.76 |
| 10/12/16 | 110 | CENTRO CASAS SUBASTAS PMB 250 3071 Ave. Alejandrino Guaynabo, PR  00969 | Realtor Fees Realtor's Application for Compensation Dkt. No. 205. Approved Dkt. No. 239. | 3510-000 | | $65,000.00 | $34,988.76 |
| 10/12/16 | 111 | Vilarino & Assoc.,LLC Vilariño & Associates LLC PO BOX 9022515 SAN JUAN, PR 00902-2515 | Notary Fees First Application as Notary of compensation Dkt. No. 206. Approved Dkt. No. 240. | 3210-000 | | $13,000.00 | $21,988.76 |
| 10/12/16 | 112 | Vilarino & Assoc.,LLC Vilariño & Associates LLC PO BOX 9022515 SAN JUAN, PR 00902-2515 | Notary Costs First Application as Notary of compensation Dkt. No. 206. Approved Dkt. No. 240. | 3220-000 | | $1,625.60 | $20,363.16 |
| 11/09/16 | 104 | Crim Bankruptcy Dept Po Box 195387 San Juan, Pr 00919-5387 | Real Estate Taxes  Reversal Check became stale and was return to the Trustee for replacement.  NWR 11-9-16 | 4700-000 | | ($7,441.87) | $27,805.03 |

| | | | | Page Subtotals: | $0.00 | $333,335.77 |
|---|---|---|---|---|---|---|

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-01071

Case Name: Club De Empleados Telefonicos Inc

Taxpayer ID No: XX-XXX3939

For Period Ending: 01/16/2018

Trustee Name: NOREEN WISCOVITCH-RENTAS

Bank Name: BANCO SANTANDER

Account Number/CD#: XXXXXX39

Checking

Blanket Bond (per case limit): $20,264,373.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/09/16 | 113 | Crim<br>Bankruptcy Dept<br>Po Box 195387<br>San Juan, Pr 00919-5387 | Real Estate Taxes<br>Per Notice of Sale and Order.<br>Dkt. Nos. 184 and 183<br>Cataster No. 143-045-617-10-001= $379.15<br>Cataster No. 143-035-086-085-998= $3309.69<br>Cataster No. 143-045-617-61-000= $452.33<br>Cataster No. 143-045-617-62-000=$1967.10<br>Cataster No. 143-045-617-60-000= $1333.60 | 4700-000 | | $7,441.87 | $20,363.16 |
| 01/27/17 | 114 | Loff Services, Inc.<br>Pmb 151<br>PO Box 2500<br>Trujillo Alto, Pr 00977 | Secured Creditor Payment<br>Stipulated amount of Second Mortgage. | 4110-000 | | $30,000.00 | ($9,636.84) |
| 02/14/17 | 114 | Loff Services, Inc.<br>Pmb 151<br>PO Box 2500<br>Trujillo Alto, Pr 00977 | Secured Creditor Payment Reversal<br>Check returned as it was issued to the corporation. Per stipulation check should had been issued to Mayda Roldan Almeda d/b/a Loff Services. | 4110-000 | | ($30,000.00) | $20,363.16 |
| 02/21/17 | | Transfer from Acct # xxxxxx3242 | Transfer of Funds | 9999-000 | $260,277.91 | | $280,641.07 |
| 02/21/17 | 115 | Mayda Roldan Almeda d/b/a Loff Services<br>c/o Gratacos Law Firm, P.S.C.<br>P.O. Box 7571<br>Caguas, Puerto Rico 00726 | Payment to Secured Creditor<br>Per stipulation filed on second mortgage secured claim of realty sold. | 4110-000 | | $30,000.00 | $250,641.07 |
| 05/02/17 | 143 | Mayda Roldan Almeda d/b/a Loff Services<br>c/o Gratacos Law Firm, P.S.C.<br>P.O. Box 7571<br>Caguas, Puerto Rico 00726 | Final distribution to claim 14 representing a payment of 26.81 % per court order. | 7100-000 | | $21,252.19 | $229,388.88 |
| 05/02/17 | 116 | NOREEN WISCOVITCH-RENTAS<br>PMB #136<br>400 Calle Calaf<br>SAN JUAN, PR 00918 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $64,440.23 | $164,948.65 |

Page Subtotals: $260,277.91 $123,134.29

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 14-01071 | Trustee Name: NOREEN WISCOVITCH-RENTAS |
| Case Name: Club De Empleados Telefonicos Inc | Bank Name: BANCO SANTANDER |
| | Account Number/CD#: XXXXXX39 |
| | Checking |
| Taxpayer ID No: XX-XXX3939 | Blanket Bond (per case limit): $20,264,373.00 |
| For Period Ending: 01/16/2018 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/02/17 | 117 | NOREEN WISCOVITCH-RENTAS PMB #136 400 Calle Calaf SAN JUAN, PR  00918 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $491.49 | $164,457.16 |
| 05/02/17 | 118 | UNITED STATES TRUSTEE 75 SPRING STREET, S.W. ROOM 362 ATLANTA, GEORGIA  30303 | Final distribution to claim 21 representing a payment of 100.00 % per court order. | 2950-000 | | $628.17 | $163,828.99 |
| 05/02/17 | 119 | NOEMI LANDRAU-RIVERA PO BOX 270219 SAN JUAN, PR  00927-0219 | Per application for compensation Dkt. No. 265. Approved Dkt. No. 269. | 3210-000 | | $5,950.00 | $157,878.99 |
| 05/02/17 | 120 | NOEMI LANDRAU-RIVERA PO BOX 270219 SAN JUAN, PR  00927-0219 | Per application for compensation Dkt. No. 265. Approved Dkt. No. 269. | 3220-000 | | $164.60 | $157,714.39 |
| 05/02/17 | 121 | TAMAREZ CPA, LLC P.O. BOX 194136 SAN JUAN, PR  00919-4136 | Second Application of Compensation Dkt. No. 253. | 3410-000 | | $1,062.00 | $156,652.39 |
| 05/02/17 | 122 | TAMAREZ CPA, LLC P.O. BOX 194136 SAN JUAN, PR  00919-4136 | Second Application of Compensation Dkt. No. 253. | 3420-000 | | $75.42 | $156,576.97 |
| 05/02/17 | 123 | ALMEIDA & DAVILA, PSC PO Box 191757 San Juan, PR  00919-1757 | Final distribution to claim 12 representing a payment of 100.00 % per court order. | 6210-000 | | $9,156.29 | $147,420.68 |
| 05/02/17 | 124 | Tamarez, CPA, LLC PO BOX 194136 SAN JUAN, 00919-4136 | Final distribution representing a payment of 100.00 % per court order. | 6410-000 | | $2,100.00 | $145,320.68 |
| 05/02/17 | 125 | Tamarez, CPA, LLC PO BOX 194136 SAN JUAN, 00919-4136 | Final distribution representing a payment of 100.00 % per court order. | 6410-000 | | $2,100.00 | $143,220.68 |
| 05/02/17 | 126 | Tamarez, CPA, LLC PO BOX 194136 SAN JUAN, 00919-4136 | Final distribution representing a payment of 100.00 % per court order. | 6420-000 | | $20.52 | $143,200.16 |
| 05/02/17 | 127 | Tamarez, CPA, LLC PO BOX 194136 SAN JUAN, 00919-4136 | Accountant-Estate Fees and Costs | 6420-000 | | $11.84 | $143,188.32 |

Page Subtotals:                    $0.00            $21,760.33

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-01071 | Trustee Name: | NOREEN WISCOVITCH-RENTAS |
| Case Name: | Club De Empleados Telefonicos Inc | Bank Name: | BANCO SANTANDER |
| | | Account Number/CD#: | XXXXXX39 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3939 | Blanket Bond (per case limit): | $20,264,373.00 |
| For Period Ending: | 01/16/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/02/17 | 128 | STATE INSURANCE FUND CORPORATION<br>Bankruptcy Division<br>PO Box 365028<br>San Juan, PR 00936-5028 | Final distribution representing a payment of 100.00 % per court order. | 6820-000 | | $1,175.64 | $142,012.68 |
| 05/02/17 | 129 | VERONICA RIVERA<br>P.O Box 275<br>Orocovis, PR 00720 | Final distribution to claim 17 representing a payment of 100.00 % per court order. | 5600-000 | | $1,000.00 | $141,012.68 |
| 05/02/17 | 130 | ALEJANDRO GONZALEZ RIVERA<br>HC-05 Box 6860<br>Aguas Buenas, PR 00703 | Final distribution to claim 19 representing a payment of 100.00 % per court order. | 5600-000 | | $500.00 | $140,512.68 |
| 05/02/17 | 131 | SHARIMAR MENDEZ/YORIMARA SANTOS<br>M7 CALLE 15<br>Urbanización Las Colinas<br>Toa Baja, PR 00949 | Final distribution to claim 20 representing a payment of 100.00 % per court order. | 5600-000 | | $800.00 | $139,712.68 |
| 05/02/17 | 132 | INTERNAL REVENUE SERVICE<br>BANKRUPTCY DEPT.<br>PO BOX 7317<br>Philadelphia, PA 19101-7317 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 5800-000 | | $13,324.66 | $126,388.02 |
| 05/02/17 | 133 | STATE INSURANCE FUND CORPORATION<br>Bankruptcy Division<br>PO Box 365028<br>San Juan, PR 00936-5028 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | 5800-000 | | $2,427.39 | $123,960.63 |
| 05/02/17 | 134 | DEPARTMENT OF TREASURY<br>Bankruptcy Section (424)<br>P.O. Box 9024140<br>San Juan, PR 00902-4140 | Final distribution to claim 7 representing a payment of 100.00 % per court order. | 5800-000 | | $14,841.87 | $109,118.76 |
| 05/02/17 | 135 | PUERTO RICO DEPARTMENT OF LABOR<br>Collection Unit - 12th Floor<br>PO Box 191020<br>San Juan, PR 00910-1020 | Final distribution to claim 8 representing a payment of 100.00 % per court order. | 5800-000 | | $4,705.27 | $104,413.49 |
| 05/02/17 | 136 | PUERTO RICO DEPARTMENT OF LABOR<br>Collection Unit - 12th Floor<br>PO Box 191020<br>San Juan, PR 00910-1020 | Final distribution to claim 9 representing a payment of 100.00 % per court order. | 5800-000 | | $483.31 | $103,930.18 |

Page Subtotals: $0.00 $39,258.14

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No:  14-01071 | Trustee Name:  NOREEN WISCOVITCH-RENTAS |
| Case Name:  Club De Empleados Telefonicos Inc | Bank Name:  BANCO SANTANDER |
| | Account Number/CD#:  XXXXXX39 |
| | Checking |
| Taxpayer ID No:  XX-XXX3939 | Blanket Bond (per case limit): $20,264,373.00 |
| For Period Ending:  01/16/2018 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/02/17 | 137 | AAA<br>Bankruptcy Dept.<br>P.O. Box 70101<br>San Juan, PR  00936-8101 | Final distribution to claim 2 representing a payment of 26.57 % per court order. | 7100-000 | | $1,275.71 | $102,654.47 |
| 05/02/17 | 138 | Triangle Cayman Asset Company<br>C/O Capital Crossing Puerto Rico, Llc<br>221 Ponce De Len Ave., Suite 1204<br>Hato Rey, Pr 00918 | Distribution | | | $57,865.74 | $44,788.73 |
| | | Triangle Cayman Asset Company | Final distribution to claim 4                    ($32,550.65) representing a payment of 26.57 % per court order. | 7100-000 | | | |
| | | Triangle Cayman Asset Company | Final distribution to claim 5                    ($25,315.09) representing a payment of 26.57 % per court order. | 7100-000 | | | |
| 05/02/17 | 139 | DEPARTMENT OF TREASURY<br>Bankruptcy Section (424)<br>P.O. Box 9024140<br>San Juan, PR  00902-4140 | Final distribution to claim 7 representing a payment of 26.57 % per court order. | 7100-000 | | $1,393.95 | $43,394.78 |
| 05/02/17 | 140 | PUERTO RICO DEPARTMENT OF LABOR<br>Collection Unit - 12th Floor<br>PO Box 191020<br>San Juan, PR  00910-1020 | Final distribution to claim 8 representing a payment of 26.57 % per court order. | 7100-000 | | $125.69 | $43,269.09 |
| 05/02/17 | 141 | PUERTO RICO DEPARTMENT OF LABOR<br>Collection Unit - 12th Floor<br>PO Box 191020<br>San Juan, PR  00910-1020 | Final distribution to claim 9 representing a payment of 26.57 % per court order. | 7100-000 | | $54.81 | $43,214.28 |
| 05/02/17 | 142 | Crim<br>Bankruptcy Dept<br>Po Box 195387<br>San Juan, PR 00919-5387 | Final distribution to claim 10 representing a payment of 26.57 % per court order. | 7100-000 | | $5,051.24 | $38,163.04 |
| 05/02/17 | 144 | Carlos J. Zayas Perez<br>La Muda Paintball<br>128 Villas Del Golf<br>Dorado Del Mar<br>Dorado, Pr 00646 | Distribution | | | $35,345.04 | $2,818.00 |

| | | | |
|---|---|---|---|
| | Page Subtotals: | $0.00 | $101,112.18 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 14-01071

Case Name: Club De Empleados Telefonicos Inc

Taxpayer ID No: XX-XXX3939

For Period Ending: 01/16/2018

Trustee Name: NOREEN WISCOVITCH-RENTAS

Bank Name: BANCO SANTANDER

Account Number/CD#: XXXXXX39

Checking

Blanket Bond (per case limit): $20,264,373.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Carlos J. Zayas Perez | Final distribution to claim 15 ($19,884.08) representing a payment of 26.57 % per court order. | 7100-000 | | | |
| | | Carlos J. Zayas Perez | Final distribution to claim 16 ($15,460.96) representing a payment of 26.57 % per court order. | 7100-000 | | | |
| 05/02/17 | 145 | RAUL VAZQUEZ D/B/A Aquaman Pool Services P.O. Box 71325, Ste 37 San Juan, PR 00936 | Final distribution to claim 18 representing a payment of 26.57 % per court order. | 7100-000 | | $2,818.00 | $0.00 |
| 05/09/17 | 130 | ALEJANDRO GONZALEZ RIVERA HC-05 Box 6860 Aguas Buenas, PR 00703 | Final distribution to claim 19 representing a payment of 100.00 % per court order. Reversal Claimant's Correct name is Alejandro Gonzalez Rodriguez and by clerical error the Trustee issued check in the name of Alejandro Gonzalez Rivera. Check was returned to the Trustee and voided. NWR 5-9-17 | 5600-000 | | ($500.00) | $500.00 |
| 05/10/17 | 146 | ALEJANDRO GONZALEZ RODRIGUEZ HC-05 Box 6860 Aguas Buenas, PR 00703 | Distribution Claim 19 Replacement Check of Check No. 130 Voided | 5600-000 | | $500.00 | $0.00 |
| 05/24/17 | 128 | STATE INSURANCE FUND CORPORATION Bankruptcy Division PO Box 365028 San Juan, PR 00936-5028 | Final distribution representing a payment of 100.00 % per court order. Reversal Check returned as not owed. NWR 5-24-17 | 6820-000 | | ($1,175.64) | $1,175.64 |
| 05/25/17 | 154 | Mayda Roldan Almeda d/b/a Loff Services c/o Gratacos Law Firm, P.S.C. P.O. Box 7571 Caguas, Puerto Rico 00726 | Remit To Court Final distribution to claim 14A representing a payment of 26.81 % per court order. | 7100-001 | | $199.58 | $976.06 |
| 05/25/17 | 147 | AAA Bankruptcy Dept. P.O. Box 70101 San Juan, PR 00936-8101 | Final distribution to claim 2 representing a payment of 26.81 % per court order. | 7100-000 | | $11.98 | $964.08 |

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

Page Subtotals:                                                  $0.00         $1,853.92

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 14-01071 | Trustee Name: NOREEN WISCOVITCH-RENTAS |
| Case Name: Club De Empleados Telefonicos Inc | Bank Name: BANCO SANTANDER |
| | Account Number/CD#: XXXXXX39 |
| | Checking |
| Taxpayer ID No: XX-XXX3939 | Blanket Bond (per case limit): $20,264,373.00 |
| For Period Ending: 01/16/2018 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/25/17 | 148 | Triangle Cayman Asset Company C/O Capital Crossing Puerto Rico, Llc 221 Ponce De Len Ave., Suite 1204 Hato Rey, Pr 00918 | Final distribution to claim 4 representing a payment of 26.81 % per court order. | 7100-000 | | $305.70 | $658.38 |
| 05/25/17 | 149 | Triangle Cayman Asset Company C/O Capital Crossing Puerto Rico, Llc 221 Ponce De Len Ave., Suite 1204 Hato Rey, Pr 00918 | Final distribution to claim 5 representing a payment of 26.81 % per court order. | 7100-000 | | $237.74 | $420.64 |
| 05/25/17 | 150 | DEPARTMENT OF TREASURY Bankruptcy Section (424) P.O. Box 9024140 San Juan, PR 00902-4140 | Final distribution to claim 7 representing a payment of 26.81 % per court order. | 7100-000 | | $13.09 | $407.55 |
| 05/25/17 | 151 | PUERTO RICO DEPARTMENT OF LABOR Collection Unit - 12th Floor PO Box 191020 San Juan, PR 00910-1020 | Final distribution to claim 8 representing a payment of 26.81 % per court order. | 7100-000 | | $1.18 | $406.37 |
| 05/25/17 | 152 | PUERTO RICO DEPARTMENT OF LABOR Collection Unit - 12th Floor PO Box 191020 San Juan, PR 00910-1020 | Final distribution to claim 9 representing a payment of 26.81 % per court order. | 7100-000 | | $0.51 | $405.86 |
| 05/25/17 | 153 | Crim Bankruptcy Dept Po Box 195387 San Juan, Pr 00919-5387 | Final distribution to claim 10 representing a payment of 26.81 % per court order. | 7100-000 | | $47.44 | $358.42 |
| 05/25/17 | 155 | Carlos J. Zayas Perez La Muda Paintball 128 Villas Del Golf Dorado Del Mar Dorado, Pr 00646 | Final distribution to claim 15 representing a payment of 26.81 % per court order. | 7100-000 | | $186.74 | $171.68 |
| 05/25/17 | 156 | Carlos J. Zayas Perez La Muda Paintball 128 Villas Del Golf Dorado Del Mar Dorado, Pr 00646 | Final distribution to claim 16 representing a payment of 26.81 % per court order. | 7100-000 | | $145.21 | $26.47 |

| | | | Page Subtotals: | | $0.00 | $937.61 | |

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 14-01071
Case Name: Club De Empleados Telefonicos Inc

Trustee Name: NOREEN WISCOVITCH-RENTAS
Bank Name: BANCO SANTANDER
Account Number/CD#: XXXXXX39
Checking

Taxpayer ID No: XX-XXX3939
For Period Ending: 01/16/2018

Blanket Bond (per case limit): $20,264,373.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/25/17 | 157 | RAUL VAZQUEZ D/B/A Aquaman Pool Services P.O. Box 71325, Ste 37 San Juan, PR 00936 | Final distribution to claim 18 representing a payment of 26.81 % per court order. | 7100-000 | | $26.47 | $0.00 |
| 08/14/17 | 135 | PUERTO RICO DEPARTMENT OF LABOR Collection Unit - 12th Floor PO Box 191020 San Juan, PR 00910-1020 | Final distribution to claim 8 representing a payment of 100.00 % per court order. Reversal | 5800-000 | | ($4,705.27) | $4,705.27 |
| 08/14/17 | 136 | PUERTO RICO DEPARTMENT OF LABOR Collection Unit - 12th Floor PO Box 191020 San Juan, PR 00910-1020 | Final distribution to claim 9 representing a payment of 100.00 % per court order. Reversal | 5800-000 | | ($483.31) | $5,188.58 |
| 08/14/17 | 158 | Clerk, U.S. Bankruptcy Court José V. Toledo Federal Building & US Courthouse 300 Recinto Sur Suite 109 San Juan, PR 00901 | Remit To Court | | | $5,188.58 | $0.00 |
| | | PUERTO RICO DEPARTMENT OF LABOR | Final distribution to claim 9 ($483.31) representing a payment of 100.00 % per court order. | 5800-001 | | | |
| | | PUERTO RICO DEPARTMENT OF LABOR | Final distribution to claim 8 ($4,705.27) representing a payment of 100.00 % per court order. | 5800-001 | | | |
| 11/06/17 | 154 | Mayda Roldan Almeda d/b/a Loff Services c/o Gratacos Law Firm, P.S.C. P.O. Box 7571 Caguas, Puerto Rico 00726 | Remit To Court Final distribution to claim 14A representing a payment of 26.81 % per court order. Reversal | 7100-001 | | ($199.58) | $199.58 |
| 11/06/17 | 159 | Clerk, U.S. Bankruptcy Court José V. Toledo Federal Building & US Courthouse 300 Recinto Sur Suite 109 San Juan, PR 00901 | Remit To Court Final distribution to claim 14A representing a payment of 26.81 % per court order. | 7100-001 | | $199.58 | $0.00 |

COLUMN TOTALS   $1,633,007.67   $1,633,007.67
Less: Bank Transfers/CD's   $260,277.91   $260,000.00
Page Subtotals:   $0.00   $26.47

UST Form 101-7-TDR (10/1/2010) *(Page: 22)*

Exhibit 9

| | | |
|---|---|---|
| Subtotal | $1,372,729.76 | $1,373,007.67 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,372,729.76 | $1,373,007.67 |

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 14-01071

Case Name: Club De Empleados Telefonicos Inc

Trustee Name: NOREEN WISCOVITCH-RENTAS

Bank Name: BANCO SANTANDER

Account Number/CD#: XXXXXX3242

Interest Bearing

Taxpayer ID No: XX-XXX3939

For Period Ending: 01/16/2018

Blanket Bond (per case limit): $20,264,373.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/29/16 | | Transfer from Acct # xxxxxx39 | Transfer of Funds | 9999-000 | $260,000.00 | | $260,000.00 |
| 08/30/16 | INT | BANCO SANTANDER | Interest | 1270-000 | $3.56 | | $260,003.56 |
| 09/27/16 | INT | BANCO SANTANDER | Interest | 1270-000 | $49.86 | | $260,053.42 |
| 10/25/16 | INT | BANCO SANTANDER | Interest | 1270-000 | $49.87 | | $260,103.29 |
| 11/30/16 | INT | BANCO SANTANDER | Bank Interest | 1270-000 | $62.35 | | $260,165.64 |
| 12/30/16 | INT | BANCO SANTANDER | Interest | 1270-000 | $49.89 | | $260,215.53 |
| 01/31/17 | INT | BANCO SANTANDER | Interest | 1270-000 | $62.38 | | $260,277.91 |
| 02/21/17 | | Transfer to Acct # xxxxxx39 | Transfer of Funds | 9999-000 | | $260,277.91 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $260,277.91 | $260,277.91 |
| Less: Bank Transfers/CD's | $260,000.00 | $260,277.91 |
| Subtotal | $277.91 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $277.91 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 24)*

| Page Subtotals: | $260,277.91 | $260,277.91 |
|---|---|---|

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3242 - Interest Bearing | $277.91 | $0.00 | $0.00 |
| XXXXXX39   - Checking | $1,372,729.76 | $1,373,007.67 | $0.00 |
| | $1,373,007.67 | $1,373,007.67 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $1,373,007.67 |
| Total Gross Receipts: | $1,373,007.67 |